DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12 mj 00584 CWH |
| Plaintiff, ) | Stipulation to Continue Preliminary Hearing Date (First Request) |
| vs. ) | |
| MARIO TORRES-CONTRERAS, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, Susan Cushman, Assistant United States Attorney, counsel for the United States of America and John George, Jr., Esq., counsel for defendant MARIO TORRES-CONTRERAS:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR April 20, 2015, at 4:00 p.m. before U.S. Magistrate Judge Hoffman be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government has provided counsel for the defendant with limited Rule 16 Discovery and a written plea agreement.  Counsel for the defendant requests an opportunity to

review the discovery and discuss the proposed plea agreement with his client prior to a preliminary hearing or an indictment.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

Dated this 13th day of April, 2015.

Respectfully Submitted,

 DANIEL G. BOGDEN
United States Attorney

/s/ Susan Cushman

SUSAN CUSHMAN
Assistant United States Attorney

/s/ John George, Jr.

JOHN GEORGE, JR.
Counsel for defendant

DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:12 mj 00584 CWH |
| Plaintiff, ) | |
| ) | Stipulation to Continue Preliminary Hearing |
| ) | Date (First Request) |
| vs. ) | |
| ) | |
| MARIO TORRES-CONTRERAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including May 20, 2015.

2. Both sides agree to the continuance.

3. The defendant is detained and agrees to the continuance.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for April 20, 2015, at 4:00 p.m. be vacated and continued to Monday, May 25, 2015, at the hour of 4:00 p.m.

DATED this 15th day of April 2015.

_____
UNITED STATES MAGISTRATE JUDGE